BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CR. No. S-10-381 LKK |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| FELICIANO CRUZ-SANTIAGO, | ) |
| aka Elias Cruz-Santiago, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Matthew Bockman, Assistant Federal Defender, attorney for FELICIANO CRUZ-SANTIAGO, that the status conference of October 19, 2010 be vacated, and the matter be set for status conference on October 26, 2010 at 9:15 a.m.

Additional time is needed for the parties to negotiate a possible resolution of this matter.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of the

proposed order, up to and including the October 26, 2010 status
conference, be excluded in computing the time within which trial
must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
counsel.


Dated:  October 15, 2010        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney


                                */s/ Michele Beckwith*
                                By: Michele Beckwith
                                    Assistant U.S. Attorney

Dated: October 15, 2010         DANIEL BRODERICK
                                Federal Defender

                                */s/ Matthew Bockman*
                                MATTHEW BOCKMAN
                                Assistant Federal Defender
                                Attorney for Defendant




                              **ORDER**

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it
is ordered that the status conference presently set for October
19, 2010, be continued to October 26, 2010, at 9:15 a.m.  Based
on the representation of counsel and good cause appearing
therefrom, the Court hereby finds that the ends of justice to be
served by granting a continuance outweigh the best interests of
the public and the defendant in a speedy trial.  It is ordered
that time from the date of this Order, to and including, the
October 26, 2010, status conference shall be excluded from
computation of time within which the trial of this matter must be

1  commenced under the Speedy Trial Act pursuant to 18 U.S.C. §

2  3161(h)(7)(B)(iv) and Local Code T-4.

3  Dated: October 18, 2010

4

5

6                               LAWRENCE K. KARLTON

7                               SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28