DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FELICIANO CRUZ-SANTIAGO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-381 LKK |
| Plaintiff, | |
| v. | ORDER |
| FELICIANO CRUZ-SANTIAGO, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

This matter came on for Status Conference on October 26, 2010, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Michele Beckwith appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon appeared on behalf of Defendant Feliciano Cruz-Santiago, who was present in custody.

At that time, the matter was set for Change of Plea hearing on Tuesday, November 16, 2010, at 9:15 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel, from October 26, 2010, up until and including November 16, 2010.

///

///

///

1  Good cause appearing therefor,

2  IT IS ORDERED that this matter is continued to **Tuesday, November 16, 2010, at 9:15 a.m.**, for

3  Change of Plea hearing.

4  IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4,

5  the period from October 26, 2010, up to and including November 16, 2010, is excluded from the time

6  computations required by the Speedy Trial Act due to ongoing preparation of counsel.

8  Dated: November 16, 2010

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```